# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TAMMY T. COLEMAN                                      Case Number: 05-75734
2323 MIDWAY DRIVE                    SSN-xxx-xx-4166
ROCKFORD, IL 61103

|  |  |
|---|---|
| Case filed on: | 10/6/2005 |
| Plan Confirmed on: | 12/16/2005 |

D Dismissed

Total funds received and disbursed pursuant to the plan: $2,440.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 164.00 | 164.00 | 164.00 | 0.00 |
|  | Total Administration | 164.00 | 164.00 | 164.00 | 0.00 |
|  |  |  |  |  |  |
| 000 | BALSLEY & DAHLBERG LLP | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  | Total Legal | 1,200.00 | 1,200.00 | 1,200.00 | 0.00 |
|  |  |  |  |  |  |
| 222 | PORTFOLIO RECOVERY ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 999 | TAMMY T. COLEMAN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
| 001 | THOMAS D LUCHETTI PC | 8,275.00 | 8,275.00 | 299.22 | 633.37 |
|  | Total Secured | 8,275.00 | 8,275.00 | 299.22 | 633.37 |
|  |  |  |  |  |  |
| 001 | THOMAS D LUCHETTI PC | 2,974.00 | 2,974.00 | 0.00 | 0.00 |
| 002 | THOMAS D LUCHETTI PC | 6,200.00 | 6,200.00 | 0.00 | 0.00 |
| 003 | AARON'S SALES & LEASING | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | ACCOUNTS RECEIVABLE MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | AFNI | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | ANDERSON DODGE | 1,800.00 | 1,800.00 | 0.00 | 0.00 |
| 007 | BECKET & LEE, LLP | 698.76 | 698.76 | 0.00 | 0.00 |
| 008 | ASSET ACCEPTANCE CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ASSOCIATED BUSINESS SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CARDMEMBER SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | COMED CO | 613.92 | 613.92 | 0.00 | 0.00 |
| 012 | CREDITORS CLEARING HOUSE | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDIT SOLUTIONS CORPORATION | 1,005.37 | 1,005.37 | 0.00 | 0.00 |
| 014 | CREDITORS PROTECTION SERVICE, INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | EUNHEE JUNG | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | IC SYSTEMS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | LAWNPRO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | LEASECOMM CORPORATION | 2,812.61 | 2,812.61 | 0.00 | 0.00 |
| 019 | MUTUAL MANAGEMENT SERVICES | 17,463.58 | 17,463.58 | 0.00 | 0.00 |
| 020 | NATIONAL ACCOUNT SYSTEMS OF MADISON | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | NICOR GAS | 744.38 | 744.38 | 0.00 | 0.00 |
| 022 | PORTFOLIO RECOVERY ASSOCIATES | 716.58 | 716.58 | 0.00 | 0.00 |
| 023 | ROCKFORD HEALTH PHYSICIANS | 553.00 | 553.00 | 0.00 | 0.00 |
| 024 | ROCKFORD HEALTH SYSTEMS/ | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | RUSSELL COLLECTION AGENCY INC | 120.00 | 120.00 | 0.00 | 0.00 |
| 026 | SBC CORPORATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | TERRI A. JOHNSON | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | WILLIAM CHARLES REAL ESTATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | LVNV FUNDING LLC | 74.80 | 74.80 | 0.00 | 0.00 |
| 030 | FRIEDMAN & WEXLER | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | NATIONAL RECOVERY CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | OMNI CREDIT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 033 | TED BOROWSKI | 0.00 | 0.00 | 0.00 | 0.00 |
| 034 | WEST ASSET MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 35,777.00 | 35,777.00 | 0.00 | 0.00 |
|  |  |  |  |  |  |
|  | Grand Total: | 45,416.00 | 45,416.00 | 1,663.22 | 633.37 |

# United States Bankruptcy Court
### of the
### Northern District Of Illinois
### Western Division

Total Paid Claimant:          $2,296.59
Trustee Allowance:              $143.41
Percent Paid Unsecured:            0.00

     Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

                      /s/ Lydia S. Meyer
                      Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/13/2008          By  /s/Heather M. Fagan